UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                            :

SEAN ELDRIDGE, et al.,                      :

                   Plaintiffs,    :                  24 Civ. 5773 (LGS)

                                            :

             -against-              :                      ORDER

                                            :

GREYHOUND LINES, INC., et al.,         :

                   Defendants. :

                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order dated August 1, 2024, required the parties to file a proposed case

management plan and joint letter by September 11, 2024;

        WHEREAS, the initial pretrial conference is currently scheduled for September 18, 2024,

at 4:20 P.M.;

        WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It

is hereby

        **ORDERED** the parties shall file a joint letter and proposed case management plan as

soon as possible and no later than **September 16, 2024, at 12:00 P.M.**

Dated:  September 12, 2024
         New York, New York

                                            LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE