```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   SEAN ELDRIDGE, et al.,                                    :
                               Plaintiffs,                   :
                                                             :      24 Civ. 5773 (LGS)
                -against-                                    :
                                                             :              ORDER
   GREYHOUND LINES, INC., et al.,                            :
                               Defendants.                   :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated November 26, 2024, a conference is scheduled for December 11, 2024, at 4:20pm. It is hereby

**ORDERED** that the conference is adjourned to **December 11, 2024, at 4:45 pm**.

Dated: December 10, 2024
       New York, New York

                                             _____
                                             **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**