UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  :
SEAN ELDRIDGE, et al., :
                Plaintiffs, :
  : 24 Civ. 5773 (LGS)
     -against- :
  : ORDER
GREYHOUND LINES, INC., et al., :
                Defendants. :
  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on December 11, 2024.  As discussed at the conference, it is hereby

      **ORDERED** that, by **December 13, 2024**, the parties shall file a joint proposed amended case management plan and scheduling order, using the form available at the Court's website (http://nysd.uscourts.gov/judge/Schofield).  The proposal shall include a fact discovery deadline of February 14, 2025, and dates for (1) any remaining document production, including production of the agreed-upon materials previously produced for the purposes of mediation, (2) responses to interrogatories, (3) a letter to be filed with the Court providing a schedule for depositions, including names or deponents, their role and dates of each deposition and (4) a date by which to file the status letter described in Paragraph 13(b) of the case management plan and scheduling order.

Dated: December 12, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE