UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SEAN ELDRIDGE, SHANE SMITH, NATHANIEL :
COPELAND, SEAN REED AND ADOLPHUS :
MCCLEAN, Individually, and on behalf of all others : Civil Action No.: 24-cv-05773
similarly situated, :
                                    Plaintiffs, :
         - against - : **[PROPOSED]**
    : **RULE 68 JUDGMENT**
GREYHOUND LINES, INC., FLIX SE, FLIX NORTH :
AMERICA, INC., FIRSTGROUP, PLC, and :
FIRSTGROUP SERVICES, INC., :
                                  Defendants. :
    :
------------------------------------------------------------------------X

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants GREYHOUND LINES, INC., FLIX SE, FLIX NORTH AMERICA, INC., FIRSTGROUP, PLC, and FIRSTGROUP SERVICES, INC., (collectively "Defendants"), having offered to allow Plaintiffs SEAN ELDRIDGE, SHANE SMITH, NATHANIEL COPELAND, SEAN REED and ADOLPHUS MCCLEAN ("Plaintiffs"), to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00) ("Judgment Amount"), to resolve Plaintiffs' claims under the Fair Labor Standards Act ("FLSA") against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment, dated January 15, 2025 and filed as Exhibit A to Docket Number 57;

**WHEREAS**, on January 15, 2025, Plaintiffs' attorney confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 57);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs SEAN ELDRIDGE, SHANE SMITH, NATHANIEL COPELAND, SEAN REED and ADOLPHUS MCCLEAN, in the sum of $25,000, in accordance with the terms and conditions of

Defendants' Rule 68 Offer of Judgment, dated January 15, 2025 and filed as Exhibit A to Docket Number 57. The Clerk of Court is respectfully directed to close this case. and to terminate all pending motions.

**SO ORDERED:**

Dated: January 22, 2025
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**